Markus B.G. Oberg, OSB #112187
Dustin C. Hamilton, OSB #140394
LE GROS BUCHANAN & PAUL
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Phone:   206-623-4990
Facsimile: 206-467-4828
Email: moberg@legros.com
Email: dhamilton@legros.com

Attorneys for Defendants Hatch
Marine Enterprise, LLC, and Bryce Hatch

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LUKE HOTTMANN**, a seaman,<br><br>      Plaintiff,<br><br>    v.<br><br>**HATCH MARINE ENTERPRISE, LLC**, an Idaho limited liability company, *in personam*; **BRYCE HATCH**, an individual, *in personam;* and the **F/V NEWFIE ADVENTURE**, a fishing vessel, her tackle, gear, furniture, apparel, and equipment, *in rem*,<br><br>      Defendants. | No. 6:15-cv-00541-TC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT HATCH MARINE ENTERPRISE LLC |

IT IS HEREBY STIPULATED between all parties, through their respective counsel of record, that all claims between Plaintiff Luke Hottmann and Defendant Hatch Marine Enterprise LLC in this matter have been resolved and may be dismissed by this Court with prejudice and without costs to any party.

STIPULATED MOTION AND ORDER OF DISMISSAL
OF DEFENDANT HATCH MARINE ENTERPRISE, LLC - Page 1
[Case No. 6:15-cv-00541-TC]

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

{28301-00234866;1}

DATED this 4th day of August, 2016.

        LE GROS, BUCHANAN & PAUL

        By: *s/ Markus B.G. Oberg*
         MARKUS B.G. OBERG, OSB #112187
         DUSTIN C. HAMILTON, OSB #140394
         Attorneys for Defendants Hatch Marine
         Enterprise, LLC, and Bryce Hatch

        ANDERSON CAREY & WILLIAMS

        By: *s / Douglas R. Williams*
         GORDON T. CAREY, JR., OSB #771331
         DAVID B. ANDERSON, OSB #022281
         DOUGLAS R. WILLIAMS, *Pro Hac Vice*
         1501 Eldridge Avenue
         Bellingham, WA 98225
         gordon@gordoncarey.com
         boatlaw@boatlaw.com
         doug@boatlaw.com
         Attorneys for Plaintiff Luke Hottmann

STIPULATED MOTION AND ORDER OF DISMISSAL
OF DEFENDANT HATCH MARINE ENTERPRISE, LLC - Page 2
[Case No. 6:15-cv-00541-TC]

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

{28301-00234866;1}

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, It Is Hereby:

ORDERED that Defendant Hatch Marine Enterprise LLC be and hereby is DISMISSED with prejudice and without any award of fees or costs to any party.

DATED this __4__ day of __Aug_____, 2016.

_____
THE HONORABLE THOMAS M. COFFIN
U.S. DISTRICT COURT MAGISTRATE JUDGE

Submitted by:

LEGROS BUCHANAN & PAUL


By: s/ Markus B.G. Oberg
Markus B.G. Oberg, WSBA #34914
DUSTIN C. HAMILTON, OSB #140394
Attorneys for Defendants Hatch Marine
Enterprise, LLC, and Bryce Hatch
moberg@legros.com
dhamilton@legros.com

STIPULATED MOTION AND ORDER OF DISMISSAL
OF DEFENDANT HATCH MARINE ENTERPRISE, LLC - Page 3
[Case No. 6:15-cv-00541-TC]

Le Gros Buchanan
& Paul
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

{28301-00234866;1}